

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00053-CV

Roy **WATTERS**,
Appellant

v.

Mike **LOPEZ** and Tiffany Liesman,
Appellees

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16616B
Honorable Rex Emerson, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  March 21, 2018

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion shows appellees received a copy of the motion, and appellees have not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against appellant.

PER CURIAM